Commonwealth *v.* McCowin, Appellant.

Before ATKINS, P. J.

Argued March 10, 1969. *Mark Woodbury, III,* Assistant Public Defender, with him *Gerald E. Ruth,* Public Defender, for appellant; *John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* McMillon, Appellant.

Argued March 10, 1969. *Daniel W. Shoemaker,* for appellant; *Arthur D. Weeks,* Assistant Solicitor, with him *Jack H. Barton,* Solicitor, for appellee.

Order affirmed.